IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| HAZEL FORTE and PORCHIA ) <br> FORTE THORNTON, ) <br> ) <br>    Plaintiffs, ) <br> ) <br>    v. ) <br> ) <br> B & L BONDING CO., et al., ) <br> ) <br>    Defendants. ) | CIVIL ACTION NO. <br> 2:11cv539-MHT <br> (WO) |

**JUDGMENT**

It is the ORDER, JUDGMENT, and DECREE of the court that plaintiffs' oral motion to dismiss without prejudice for lack of jurisdiction, made on the record on March 23, 2012, is granted and that this cause is dismissed in its entirety without prejudice for lack of jurisdiction.

It is further ORDERED that no costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 27th day of March, 2012.

                                        /s/ Myron H. Thompson  
                                 UNITED STATES DISTRICT JUDGE